**EarthMover CREDIT UNION**
*Like a bank, but better!*
P.O. Box 2937 • Aurora, IL 60507 - 2937

February 28, 2018

Glenn Stearns, Trustee
801 Warrenville Rd, Suite 650
Lisle, IL  60532

Re:  Case No 13-13469   Robert E Jackson

Dear Mr. Stearns,

As of today, Home Equity Loan #999 is current and due for March 1, 2018.  The collateral is 1440 Pembroke Ln, Wheaton IL  60187.

Sincerely,

*Kelly Clason*

Kelly Clason
Senior Collections Officer

---

**Main Office**
2195 Baseline Road
Oswego, IL 60543

**Aurora Office**
1735 N. Farnsworth Ave.
Aurora, IL 60505

**North Aurora Office**
1037 W. Orchard Rd
North Aurora, IL 60542

**Montgomery Office**
1260 Ogden Ave.
Montgomery, IL 60538

**Yorkville Office**
1008 N. Bridge St.
Yorkville, IL 60560

Tel: 630.844.4950  or  800.844.2ECU  •  Fax: 630.844.0732  •  MARS: 630.844.9511  •  www.earthmovercu.com