**Fill in this information to identify the case:**

Debtor 1: Robert E. Jackson

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of IL (State)

Case number: 13-13469

# Form 4100R
# Response to Notice of Final Cure Payment                                     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: Earthmover Credit Union

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 9 4 7 7

Property address: 1440 Pembroke Ln
Number   Street
Wheaton  IL  60187
City     State  ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03/01/2018
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c. **Total**. Add lines a and b.                                        (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM/DD/YYYY

Form 4100R                Response to Notice of Final Cure Payment                page 1

Debtor 1  Robert E. Jackson
          First Name  Middle Name  Last Name

Case number (if known) 13-13469

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Kelly Clason
  Signature

Date 03, 01, 2018

Print  Kelly  A.  Clason
       First Name  Middle Name  Last Name

Title  Senior Collection Officer

Company  Earthmover Credit Union

If different from the notice address listed on the proof of claim to which this response applies:

Address  PO Box 2937
         Number   Street

         Aurora   IL   60506
         City     State  ZIP Code

Contact phone (630) 906-3504

Email  Kclason@earthmovercu.com

Form 4100R                    Response to Notice of Final Cure Payment                    page 2